

# KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

ACCEPTED
15-25-00142-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/9/2025 5:08 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/9/2025 5:08:42 PM
CHRISTOPHER A. PRINE
Clerk

September 9, 2025

The Honorable 15th Court of Appeals                              *Via E-Filing*

Re:     *Robert Edward Battaile v. Texas Elections Division; Hon. Jane Nelson; Texas Secretary of State*; Court of Appeals No. 15-25-00142-CV; Trial Court Case No. D-1-GN-25-000719

To the Honorable Court:

Please be advised that I will be on vacation and will be unavailable from September 9th, 2025, through September 30th, 2025. I respectfully request that no deadlines, hearings, trials, or other court appearances be set in the above-referenced matter during this time.

Thank you for your time and consideration.

Respectfully,

*/s/ Roy Adams*
ROY ADAMS
Assistant Attorney General
Telephone (737) 239-2099
Email: roy.adams@oag.texas.gov
Counsel for Sec. Nelson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tristan Garza on behalf of Roy Adams
Bar No. 24133175
tristan.garza@oag.texas.gov
Envelope ID: 105411218
Filing Code Description: Letter
Filing Description: Vacation Letter
Status as of 9/10/2025 7:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 9/9/2025 5:08:42 PM | SENT |
| Michael Kabat | 24050847 | mkabat@mcginnislaw.com | 9/9/2025 5:08:42 PM | SENT |
| Joanna Salinas | 791122 | joanna.salinas@fletcherfarley.com | 9/9/2025 5:08:42 PM | SENT |
| William Davidson | 5447000 | bdavidson@chmc-law.com | 9/9/2025 5:08:42 PM | SENT |
| Gavin Villareal | 24008211 | gavin.villareal@bakerbotts.com | 9/9/2025 5:08:42 PM | SENT |
| Michael Roberts | 24082153 | mroberts@jw.com | 9/9/2025 5:08:42 PM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 9/9/2025 5:08:42 PM | SENT |
| Stephanie Serrano | 24092655 | sserrano@rothberg.law | 9/9/2025 5:08:42 PM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 9/9/2025 5:08:42 PM | SENT |
| Patrick Kelly | 11228000 | pat.kelly@traviscountytx.gov | 9/9/2025 5:08:42 PM | SENT |
| Tyler Ryska | 24096597 | tryska@rigbyslack.com | 9/9/2025 5:08:42 PM | SENT |
| Austin Jones | 24116579 | ajones@mcginnislaw.com | 9/9/2025 5:08:42 PM | SENT |
| William Duncan | 24124453 | wduncan@rigbyslack.com | 9/9/2025 5:08:42 PM | SENT |
| Lauren Bush | 24142742 | lbush@jw.com | 9/9/2025 5:08:42 PM | SENT |
| Anna Puff | 24144206 | apuff@sneedvine.com | 9/9/2025 5:08:42 PM | SENT |
| Edward Smith | 24037790 | esmith@808west.com | 9/9/2025 5:08:42 PM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 9/9/2025 5:08:42 PM | SENT |
| Patricia Muniz | | paralegal@rigbyslack.com | 9/9/2025 5:08:42 PM | SENT |
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 9/9/2025 5:08:42 PM | SENT |
| Kim McBride | | kmcbride@mcginnislaw.com | 9/9/2025 5:08:42 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 9/9/2025 5:08:42 PM | SENT |
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 9/9/2025 5:08:42 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tristan Garza on behalf of Roy Adams
Bar No. 24133175
tristan.garza@oag.texas.gov
Envelope ID: 105411218
Filing Code Description: Letter
Filing Description: Vacation Letter
Status as of 9/10/2025 7:02 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 9/9/2025 5:08:42 PM | SENT |
| Stormy Downing | | sdowning@rrspllc.com | 9/9/2025 5:08:42 PM | SENT |
| Andy Soule | | asoule@rrspllc.com | 9/9/2025 5:08:42 PM | SENT |
| Karah Powers | | kpowers@chmc-law.com | 9/9/2025 5:08:42 PM | SENT |
| Martha AnnAdams | | madams@abaustin.com | 9/9/2025 5:08:42 PM | SENT |
| Benjamin C. Hunt | | ben.hunt@bakerbotts.com | 9/9/2025 5:08:42 PM | SENT |
| Eldridge Burns | | eburns@rrspllc.com | 9/9/2025 5:08:42 PM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 9/9/2025 5:08:42 PM | SENT |
| Carol Shipley | | cshipley@rrspllc.com | 9/9/2025 5:08:42 PM | SENT |

Associated Case Party: Jane Nelson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Roy Adams | | roy.adams@oag.texas.gov | 9/9/2025 5:08:42 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 9/9/2025 5:08:42 PM | SENT |

Associated Case Party: RobertEdwardBattaile

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert EdwardBattaile | | robert@manortx.us | 9/9/2025 5:08:42 PM | SENT |